District Judge David G. Estudillo

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CARLOS RIOS,<br><br>    Plaintiff,<br><br>v.<br><br>PIERCE COUNTY, et al.,<br><br>    Defendants. | Case No. 3:22-cv-05021-DGE<br><br>**STIPULATION OF DISMISSAL AND PROPOSED ORDER**<br><br>Noted for Consideration:<br>April 6, 2022 |

The parties hereby notify the Court that this matter has been fully compromised and settled. *See* Ex. A, Release, Hold Harmless, and Settlement Agreement. Pursuant to this agreement, the parties hereby move for a stipulated dismissal with prejudice as to all claims, causes of action, and parties, and without cost to any party.

DATED this 6th day of April, 2022.

s/ Matt Adams
Matt Adams, WSBA No. 28287

s/ Leila Kang
Leila Kang, WSBA No. 48048

s/ Aaron Korthuis
Aaron Korthuis, WSBA No. 53974

s/ Frank Cornelius
Frank Cornelius, WSBA No. 29590
Pierce County Prosecutor / Civil
955 Tacoma Ave. S., Suite 301
Tacoma, WA 98402-2160
(253)-798-6514
frank.cornelius@piercecountywa.gov

STIPULATION OF DISMISSAL – 1
Case No. 3:22-cv-05021-DGE

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Tel. (206) 957-8611

s/ Margot Adams
Margot Adams, WSBA No. 56573

NORTHWEST IMMIGRANT RIGHTS PROJECT

615 Second Ave., Suite 400
Seattle, WA 98104
(206) 957-8611
matt@nwirp.org
leila@nwirp.org
aaron@nwirp.org
margot@nwirp.org


s/ Yvonne Chin
Yvonne Chin, WSBA No. 50389

s/ Jazmyn Clark
Jazmyn Clark, WSBA No. 48224

ACLU OF WASHINGTON FOUNDATION
PO Box 2728
Seattle, WA 98111
(206) 624-2184
ychin@aclu-wa.org
jclark@aclu-wa.org


s/ Hardeep Rekhi
Hardeep Rekhi, WSBA No. 34579

s/ Gregory Wolk
Gregory A. Wolk, WSBA No. 28946

REKHI & WOLK, P.S.
529 Warren Ave. N. Suite 201
Seattle, WA 98109
(206) 388-5887
hardeep@rekhiwolk.com
greg@rekhiwolk.com


*Attorneys for Plaintiff*

STIPULATION OF DISMISSAL – 2
Case No. 3:22-cv-05021-DGE

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Tel. (206) 957-8611

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

CARLOS RIOS,

    Plaintiff,

v.

PIERCE COUNTY, et al.,

    Defendants.

Case No. 3:22-cv-05021-DGE

**[PROPOSED] ORDER**

The parties having so stipulated and agreed, it is hereby ORDERED that this case is dismissed with prejudice and without costs or fees to either party.

Dated this _____ day of _____, 2022.

_____
DAVID G. ESTUDILLO
UNITED STATES DISTRICT JUDGE

PROPOSED ORDER
Case No. 3:22-cv-05021-DGE

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Tel. (206) 957-8611