UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CARLOS RIOS,

        Plaintiff,

v.

PIERCE COUNTY, et al.,

        Defendants.

Case No. 3:22-cv-05021-DGE

**ORDER**

The parties having so stipulated and agreed, it is hereby ORDERED that this case is dismissed with prejudice and without costs or fees to either party.

Dated this 7th day of April, 2022.

David G. Estudillo
United States District Judge

ORDER
Case No. 3:22-cv-05021-DGE

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Tel. (206) 957-8611